IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL GAUJOT AND CHARLES CARY DAVIS, on behalf of themselves and all others similarly situated, | Case No. 3:23−cv−01188 |
| Plaintiffs, | Judge Eli J. Richardson |
| v. | Magistrate Judge Alistair Newbern |
| WESLEY FINANCIAL GROUP, LLC, | Jury Demand |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR SETTLEMENT APPROVAL**

Named Plaintiffs Paul Gaujot and Charles Cary Davis, on behalf of themselves and the Opt-In Plaintiffs, (collectively, "Plaintiffs") in this Fair Labor Standards Act ("FLSA") collective action, brought pursuant to 29 U.S.C. § 216(b), give notice to the Court that the Parties have reached a Settlement Agreement (attached as Exhibit 1), subject to this Court's approval.

Plaintiffs' claims in this litigation are that Defendant failed to pay Plaintiffs the proper overtime rate for all hours worked over forty (40) hours in a workweek. Defendant disputes Plaintiffs' allegations in their entirety. Plaintiffs respectfully request that the Court approve this settlement because it reflects a fair and reasonable compromise of contested issues. The Parties engaged in discovery focused on exchanging the necessary information to equip them to negotiate a resolution of Plaintiffs' claims. Ultimately, the Parties reached a final agreement on all material issues, amounts to be paid as wages and damages to each of the Plaintiffs for their FLSA claims, a service payment for each of the Named Plaintiffs, and payment of Plaintiffs' attorneys' fees, costs, and expenses.

Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's

approval fully and finally resolves the claims at issue in this action, the Parties further request that the Court dismiss this action with prejudice.

In support of this Motion, Plaintiffs have filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

For the foregoing reasons and the reasons in their supporting memorandum, Plaintiffs respectfully request that the Settlement Agreement and Release be approved. Pursuant to the terms of the Settlement Agreement and Release, Defendant does not oppose this Motion.

A proposed order granting the requested relief and dismissing this action with prejudice is attached to this Motion.

Dated: February 10, 2025          Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
**NICOLE A. CHANIN (No. 40239)**
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Ave. North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 647-9242
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

**MATTHEW R. ZENNER (No. 018969)**
ZENNER LAW, PLLC
320 Seven Springs Way, Suite 250
Brentwood, TN 37027
Telephone: 615.425.3476
mrzennerlaw@gmail.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

   I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Settlement Approval* was filed electronically with the Clerk's office by using the CM/ECF system and will be served via the Court's ECF system on the following counsel for Defendant as listed below on February 10, 2025:

**Benjamin P. Lemly**, TN #035225
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
benjamin.lemly@ogletreedeakins.com

**Mathew A. Parker** (admitted pro hac vice)
Ohio Bar No. 93231
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KeyBank Building
88 E. Broad Street, Suite 2025
Columbus, OH 43215
Telephone: 614.494.0412
mathew.parker@ogletreedeakins.com

*Attorneys for Defendant*

        /s/ David W. Garrison
        DAVID W. GARRISON
        **BARRETT JOHNSTON**
        **MARTIN &GARRISON, PLLC**