IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL GAUJOT AND CHARLES CARY DAVIS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WESLEY FINANCIAL GROUP, LLC,<br><br>    Defendant. | No. 3:23-cv-01188<br><br>JUDGE RICHARDSON |

## ORDER APPROVING SETTLEMENT

Pending before the Court is "Plaintiffs' Unopposed Motion For Settlement Approval" (Doc. No. 64 "Motion"). The Motion is more than adequately supported by Plaintiffs' memorandum and declaration in support thereof (Doc. Nos. 64-2, 64-3) and therefore is GRANTED. The Court finds that the Settlement is a fair and reasonable compromise of a *bona fide* dispute under the Fair Labor Standards Act.[1] Accordingly, the parties' settlement is APPROVED. Pursuant to Paragraph 9 of the "Settlement Agreement and Release" (Doc. No. 64-1) Plaintiff shall "take all steps necessary to dismiss the Action, with prejudice" (perhaps by merely filing a joint stipulation of dismissal with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii)), within fourteen days of the date that the Court enters this order. (Doc. No. 64-1 at 5).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that it did not rubber-stamp any aspect of the settlement, including the proposed $1,000 service payments to each named Plaintiff.