**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Paul Gaujot, et al.

                     Plaintiff,

v.                                       Case No.: 3:23−cv−01188

Wesley Financial Group, LLC

                     Defendant,

## **ENTRY OF JUDGMENT**

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/6/2025 re [67].

                                              Lynda M. Hill
                          s/ Sabrina D Brewer, Deputy Clerk